IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADORACION PANTALEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08cv3730 |
| vs. | ) No. | JUDGE ZAGEL |
| | ) | MAG. JUDGE KEYS |
| NATIONWIDE INSURANCE COMPANY | ) | j. n. |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ATTORNEY MARIO M. IVELJIC

I, Mario M. Iveljic, after being sworn and upon oath, state that if I were called to an evidentiary hearing I would competently testify on the basis of first hand knowledge to the following:

1. I am an attorney for Defendant Nationwide Insurance Company of America in the *Pantaleon* litigation.

2. I am knowledgeable about the citizenship and principal place of business of Nationwide Insurance Company of America, which is a Wisconsin corporation with its principal place of business in Des Moines, Iowa.

3. In the time that I have worked as an attorney in Illinois, I have been involved with lawsuits such as this pending lawsuit.

4. As a trial attorney for the above Defendant Nationwide Insurance Company of America, I have a good faith belief, based on the Plaintiff's complaint, my review of the file, and my experience in handling numerous similar actions, that the parties are in diversity, the amount in controversy exceeds the jurisdictional amount of $75,000 exclusive of costs and interest and removal

1



EXHIBIT
C

is proper.

    FURTHER AFFIANT SAYETH NOT.

                               /s/ Mario M. Iveljic

Subscribed and sworn to
before me this 30th day
of June, 2008

*Linda L. Quinn*
Notary Public

OFFICIAL SEAL
LINDA L QUINN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/24/11