IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADORACION PANTALEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 CV 3730 |
| | ) |
| NATIONWIDE INSURANCE COMPANY | ) Honorable Judge Zagel |
| OF AMERICA, | ) Magistrate Judge Keys |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:  Michael J. Raiz                     Brianne M. Connell
     Newman Raiz, LLC                    Newman Raiz, LLC
     40W310 LaFox Road, Suite J2         Two First National Plaza
     St. Charles, IL 60175               20 South Clark Street, Suite 1510
                                         Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **Thursday, July 17, 2008 at 10:15 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel in Courtroom 2503 of the United States District Court, Northern District of Illinois, and shall then and there present the attached **Nationwide's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure**, a copy of which is hereby served upon you.

Respectfully Submitted,

By:   /s/ Mario M. Iveljic
      One of the attorneys for the Defendant
      Nationwide Insurance Company of America

David E. Kawala ARDC# 6191156
Mario M. Iveljic, ARDC# 6280267
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
dkawala@smbtrials.com
miveljic@smbtrials.com

1

## CERTIFICATE OF SERVICE

    I, the undersigned, on oath, state that this certificate of service and above-listed document was filed on July 7, 2008, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case and had a copy of this certificate of service, notice and above-listed document delivered via e-mail to the clerk of the judge of this court.

By: /s/ Mario M. Iveljic