IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADORACION PANTALEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3730 |
| | ) | |
| NATIONWIDE INSURANCE COMPANY | ) | Honorable Judge Zagel |
| OF AMERICA, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Nationwide Insurance Company of America ("Nationwide"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Northern District Local Rule 3.2, hereby states that Nationwide Insurance Company of America is owned by The Allied Group, Inc.  The Allied Group, Inc. is owned by Nationwide Mutual Insurance Company.  None of these three entities are publicly traded corporations.

Respectfully Submitted,

By:____/s/ Mario M. Iveljic_____
One of the attorneys for the Defendant
Nationwide Insurance Company of America

David E. Kawala ARDC# 6191156
Mario M. Iveljic, ARDC# 6280267
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
dkawala@smbtrials.com
miveljic@smbtrials.com

1