IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADORACION PANTALEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3730 |
| | ) | |
| NATIONWIDE INSURANCE COMPANY | ) | Honorable Judge Zagel |
| OF AMERICA, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Michael J. Raiz                          Brianne M. Connell
     Newman Raiz, LLC                         Newman Raiz, LLC
     40W310 LaFox Road, Suite J2              Two First National Plaza
     St. Charles, IL 60175                    20 South Clark Street, Suite 1510
                                              Chicago, Illinois 60603

PLEASE TAKE NOTICE that on July 7, 2008, there was filed via the Northern District of Illinois-CM/ECF system and filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Attorney Appearances (David E. Kawala and Mario M. Iveljic) for Nationwide Insurance Company of America.**

Respectfully Submitted,

By:  /s/ Mario M. Iveljic
     One of the attorneys for the Defendant
     Nationwide Insurance Company of America

David E. Kawala ARDC# 6191156
Mario M. Iveljic, ARDC# 6280267
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
dkawala@smbtrials.com
miveljic@smbtrials.com

1

## **CERTIFICATE OF SERVICE**

    I, the undersigned, on oath, state that this certificate of service and above-listed document was filed on July 7, 2008, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case and had a copy of this certificate of service, notice and above-listed document delivered via e-mail to the clerk of the judge of this court.

    By: /s/   Mario M. Iveljic