07-799-3624

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADORACION PANTALEON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CV 3730 |
| | ) ZAGEL |
| NATIONWIDE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

The undersigned hereby enters the appearance of

ADORACION PANTALEON

FILED
JUL 09 2008 TG
Jul 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

/s/   Michael J. Raiz
Michael J. Raiz

Michael J. Raiz – ARDC#6220425
**NEWMAN RAIZ, L.L.C.**
Two First National Plaza
20 S. Clark St., Ste. 1510
Chicago, IL 60603
(312) 580-9000
(312) 580-9111 Fax
mjraiz@nrhlaw.com

## CERTIFICATE OF SERVICE

      I, Michael J. Raiz, certify that I served the foregoing Appearance upon those listed below via U.S. mail, proper postage prepaid, on the 1st day of July, 2008.

Clerk of the Court
US District Court
Northern District of Illinois, Eastern Division
219 S. Dearborn
Chicago, IL 60604

David E. Kawala
Mario M. Iveljic
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

                                                /s/     Michael J. Raiz
                                                Michael J. Raiz

Michael J. Raiz – ARDC#6220425
**NEWMAN RAIZ, L.L.C.**
Two First National Plaza
20 S. Clark St., Ste. 1510
Chicago, IL 60603
(312) 580-9000
(312) 580-9111 Fax
mjraiz@nrhlaw.com