07-799-3624

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADORACION PANTALEON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONWIDE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | No. 08 CV 3730 |

**NOTICE OF FILING**

To:   David E. Kawala
      Mario M. Iveljic
      Swanson, Martin & Bell, LLP
      330 N. Wabash, Suite 3300
      Chicago, IL 60611

Clerk of the Court
US District Court
Northern District of Illinois
Eastern Division
219 S. Dearborn
Chicago, IL 60604

      Please take notice that on **July 23, 2008**, Plaintiff, ADORACION PANTALEON, filed with the United States District Court for the Northern District of Illinois, Eastern Division, her Response to Nationwide's Motion to Dismiss, a copy of which is hereby served upon you.

Michael J. Raiz
Brianne M. Connell
**NEWMAN RAIZ, L.L.C.**
*Attorneys for Plaintiff*
20 S. Clark, Suite 1510
Chicago, IL 60603
312.580.9000; 312.580.9111 fax

PROOF OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the undersigned certifies that a copy of this Notice and the attached Response to Nationwide's Motion to Dismiss was served on each person to whom it is addressed via e-filing and by mailing a copy thereof to each person to whom it is directed at the above indicated address(es) by depositing same in the United States Mail with proper postage prepaid at or before 5:00 p.m. on July 23, 2008.

                                                                /s/    Brianne M. Connell
                                                                  Brianne M. Connell