IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADORACION PANTALEON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONWIDE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | No. 08 CV 3730<br><br>Honorable Judge Zagel<br>Magistrate Judge Keys |

### NOTICE OF FILING

TO:   Michael J. Raiz
      Brianne M. Connell
      Newman Raiz, LLC
      Two First National Plaza
      20 South Clark Street, Suite 1510
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on August 21, 2008, there was filed via the Northern District of Illinois-CM/ECF system and filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6).**

                              Respectfully Submitted,

                        By:   /s/ Mario M. Iveljic
                              One of the attorneys for the Defendant
                              Nationwide Insurance Company of America

David E. Kawala ARDC# 6191156
Mario M. Iveljic, ARDC# 6280267
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
dkawala@smbtrials.com
miveljic@smbtrials.com

1

## CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this certificate of service and above-listed document was filed on August 21, 2008, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case and had a copy of this certificate of service, notice and above-listed document delivered via e-mail to the clerk of the judge of this court.

By: /s/  Mario M. Iveljic